UNITED STATES DISTRICT COURT

EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MONOTOR MARCEL PETE** | * | |
|     **Plaintiffs** | * | **CIVIL ACTION NO.** |
| | * | |
| versus | * | SECTION " " |
| | * | |
| **FRO-YO CORPORATION, et al** | * | **MAGISTRATE** |
|     **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

Katherine Sutton, through undersigned counsel, respectfully shows this Court:

1.

Katherine Sutton is a defendant in a civil lawsuit filed on August 20, 2013, in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled <u>Monotor Marcel Pete v. Fro-Yo Corporation et al</u>, Docket No. 2013-7876. Katherine Sutton was served with that lawsuit on August 26, 2013, which was her first notice of the filing of the Petition for Damages. The only other defendants upon whom services was requested were Kurt Weigle and Richard McCall, which service was returned unserved. A copy of all records and proceedings occurring in the State Court prior to removal and all documents included in the State Court record are attached as **Exhibit "A"**. These pleadings constitute all process, pleadings, and orders served on your Petitioner to date in this suit.

2.

No further proceedings have been had herein in the state proceedings.

3.

Katherine Sutton is now and was at the time lawsuit was filed a resident of Mississippi. She is the manager of a Fro-Yo store located at 819-C Canal Street, New Orleans, Louisiana 70112. The residences of the other named, but unserved defendants are unknown.

4.

The plaintiff, Monotor Marcel Pete, upon information and belief is a resident of Orleans Parish, Louisiana.

5.

In his Petition the plaintiff has alleged civil rights violations under the RICO Act 18 USC §1961 thru 1968 and the KuKlux Klan Act 42 U.S.C.§1985(3). As a result of these alleged violations, plaintiff claims injury and to have suffered economically and socially for which he seeks compensatory, punitive and nominal damages against all of the defendants.

6.

This lawsuit is therefore an action involving the assertion of claims involving questions of federal law over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331. More particularly, the plaintiff has asserted claims under the provisions of the RICO Act, 18 U.S.C. §1961 thru 1968, and the Klu Klux Klan Act, 42 U.S.C. §1958(3). Accordingly, this lawsuit is one that may be removed to this Court under the provisions of 28 U.S.C. §1331, because this is a civil action involving federal questions.

7.

In addition, pursuant to 28 U.S.C. §1367, this Court has supplemental jurisdiction over any state law claims that might arise from the same incident or action giving rise to the plaintiff's assertion of his federal law claims, as set forth above. More particularly, as set forth in the plaintiff's Petition all of the plaintiff's claims arise from the same incident(s) and operative facts.

8.

The notice of removal is filed within thirty (30) days after defendant received copies of the original state court citation, petition for damages and notice of the lawsuit.

9.

Upon the filing of this notice, Katherine Sutton, petitioner herein, has at the same time given written notification to the plaintiff in the state court action by furnishing copies of this Notice and attachments, and Katherine Sutton is simultaneously filing a Notice of Removal in the Civil District Court for the Parish of Orleans, State of Louisiana. A copy of the Notice of Removal filed with the Civil District Court for the Parish of Orleans is attached as **Exhibit "B"**.

10.

Katherine Sutton would further note that the claims asserted in this lawsuit arise out of personal injuries allegedly sustained as a result of an incident in Orleans Parish, State of Louisiana.

**WHEREFORE**, Petitioner, Katherine Sutton, prays that this action be removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and proceed therein.

Dated: September 10, 2013.

Respectfully submitted,

NALLEY AND DEW
A Professional Law Corporation

GEORGE J. NALLEY, JR. (9883)
Suite 200
2121 Ridgelake Drive
Metairie, LA 70001
(504) 838-8188
Attorney for Katherine Sutton

## CERTIFICATE OF SERVICE

I do hereby certify that on this 10th day of September, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel by U.S. Mail.

_____
NALLEY AND DEW, APLC