UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MONOTOR MARCEL PETE                     CIVIL ACTION

VERSUS                                  NO:  13-5790

FRO-YO CORPORATION, ET AL               SECTION "N" (2)

### J U D G M E N T

For the reasons set forth in the Court's Order and Reasons dated June 4, 2014 (Rec. Doc. No. 16); accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants, Downtown Development District of New Orleans, Richard G. McCall, Kurt Weigle and Katherine Sutton and against plaintiff, Monotor Marcel Pete, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 25th day of September, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE